```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

ROBERT M. SANCHO,              :
                               :
    Plaintiff,                 :
                               :
    v.                         :       CASE NO. 3:05CV883 (RNC)
                               :
HOLLY DAVIDSON,                :
                               :
    Defendant.                 :

<u>REDACTION ORDER</u>

The court hereby orders the *pro se* defendant to file a redacted motion so certain sensitive information may be removed from the court's electronic docket.

The exhibits to defendant Holly Davidson's Motion to Dismiss the Complaint (doc. #52), filed on March 14, 2006, include several pages that violate this court's rules.  In particular, two pages include sensitive financial account information.  (Doc. #52, pages 8,12.)  Two other pages include Social Security numbers and dates of birth.  (Doc. #52, pages 10-11.)

This information is irrelevant to the arguments in defendant's motion and, even if relevant, should have been partially redacted prior to filing pursuant to the court's ECF Procedures.  Those procedures, which govern the court's electronic docket, state in relevant part:

> To address the privacy concerns created by internet access to court documents, litigants should not include sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case . . . If sensitive information must be

> included, *the following personal data identifiers must be partially redacted from the pleading whether it is filed traditionally or electronically*:
> 1. Names of minor children to the initials;
> 2. Financial account numbers to the last four digits;
> 3. Social Security numbers to the last four digits; and
> 4. Dates of birth to the year.

ECF Procedures § III(C) (emphasis added).[1]

In order to remove this sensitive information from the court's electronic docket, the defendant is hereby ordered to file a redacted Motion to Dismiss to replace the existing one. The redacted motion shall be filed within fifteen days and shall comply with ECF Procedures § III(C).

SO ORDERED at Hartford, Connecticut this 28th day of November, 2006.

```
              _____/s/_____
              Donna F. Martinez
              United States Magistrate Judge
```

---

[1] There are, of course, situations where it is important for the court to see certain sensitive information, and in those cases a motion to seal should be filed pursuant to D. Conn. L. Civ. R. 5(d) and ECF Procedures § III(C).