UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT M. SANCHO,                :
                                 :
     Plaintiff,                  :
                                 :
     v.                          :
                                 :     CASE NO. 3:05CV883(RNC)
HOLLY DAVIDSON,                  :
                                 :
     Defendant.                  :

## ORDER

The plaintiff's Motion for Sanctions (doc. #73) is denied. Sanctions are not warranted because the defendant's submission and affidavit demonstrate that, prior to retaining counsel, the defendant attempted in good faith to respond to the plaintiff's discovery requests and the court's orders despite her *pro se* status and despite interruptions in mail service due to a hurricane.

The court's order of September 26, 2006 (doc. #59) was entered without knowledge that the defendant had in fact responded and objected to the discovery requests within thirty days after first learning of them. The court will not overrule the defendant's objections or impose sanctions simply because they were unsigned, particularly in light of plaintiff's counsel's failure to inform the court that she had in fact received those unsigned responses months before the September 26, 2006 ruling.

If they have not done so already, defense counsel shall

serve plaintiff's counsel with a signed and verified copy of the defendant's responses and objections within fifteen days of this order.

SO ORDERED at Hartford, Connecticut this 29th day of June, 2007.

```
_____/s/_____
Donna F. Martinez
United States Magistrate Judge
```